1

The Honorable Tiffany M. Cartwright

2

3

4

5

6           UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                    AT TACOMA

8   MARVIN HOLMES JR.,                  | Case No.: 3:22-cv-05698-TMC

9            Plaintiff,                  | STIPULATED MOTION FOR ORDER
                                         | FOR DISMISSAL
10  CRU DATA SECURITY GROUP LLC,
11  a Washington Limited Liability
    Company.,
12           Defendant,

13                          **STIPULATION**

14      COME NOW the parties to the above-entitled action, by and through their attorneys of

15  record, and herby stipulate that this matter has resolved by agreement of the parties and that all

16  claims against all parties may be dismissed with prejudice and without an award of attorney's

17  fees or costs to any party.

18      DATED this 8th day of December 2023.

19  LAW OFFICES OF SUE-DEL MCCULLOCH LLC          LANDERHOLM, P.S.

20
    By:    /s/ Sue-Del McCulloch                   By:    /s/ James P. Sikora
21      Sue-Del McCulloch WSBA #32667                  James P. Sikora WSBA #46226
        111 SW Columbia St. Suite 1010                 805 Broadway St. STE 1000
        Portland OR 97201                              PO Box 1086
22      Ph: (503) 221-9706                             Vancouver WA 98666
        sdmcculloch@sdmlaw.net                         Ph: (360) 816-2465
23      *Attorney for Plaintiff*                       James.sikora@landerholm.com
                                                       *Attorney for Defendant*

STIPULATED MOTION FOR
ORDER OF DISMISSAL – PAGE 1
Case No.: 3:22-CV-05698-TMC

LAW OFFICES OF SUE-DEL MCCULLOCH LLC
111 SW Columbia St, Suite 1010
Portland, Oregon 97201
Phone: (503) 221-9706  Fax: (503) 821-6018

1        **ORDER**

2        This matter having come before the Court based on the Stipulation for Order of Dismissal

3   set forth above, the Court having reviewed the records and files herein and being fully advised in

4   the premises, it is hereby:

5        ORDERED that all claims are dismissed with prejudice and without an award of

6   attorney's fees or costs to any party.

7        DATED this 8th day of December, 2023.

8

9        _____

10       Tiffany M. Cartwright
11       United States District Court Judge
12

13

14

15   APPROVED FOR ENTRY:

16

17   LAW OFFICES OF SUE-DEL McCULLOCH LLC            Landerholm, P.S.

18
     By:   _/s/ Sue-Del McCulloch_            By:   _/s/ James P. Sikora_
19       Sue-Del McCulloch WSBA #32667            James P. Sikora WSBA #46226
         111 SW Columbia St. Suite 1010            805 Broadway St. STE 1000
20       Portland OR 97201                         PO Box 1086
         Ph: (503) 221-9706                        Vancouver WA 98666
21       sdmcculloch@sdmlaw.net                    Ph: (360) 816-2465
         *Attorney for Plaintiff*                  James.sikora@landerholm.com
22                                                 *Attorney for Defendant*

23

24

1

2

STIPULATED MOTION FOR
ORDER OF DISMISSAL – PAGE 3
Case No.: 3:22-CV-05698-TMC

LAW OFFICES OF SUE-DEL McCULLOCH LLC
111 SW Columbia St, Suite 1010
Portland, Oregon 97201
Phone: (503) 221-9706  Fax: (503) 821-6018